UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ABDURASUL HASANOVICH JURABOEV, et al.,

                  Defendants.

- - - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. 15-M-172

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander A. Solomon, for an order unsealing the complaints and arrest warrants in the above-captioned matter.

       WHEREFORE, it is ordered that the complaints and arrest warrants in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           February 25, 2015

                                            HONORABLE LOIS BLOOM
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK