# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **15 M 172**
2) Defendant's Name: **Juraboev** (Last) **Abdurasul** (First) **Hasanovich** (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No Other District: _____
8) Name of Interpreter used today: **Sanjar Babadjanov** Language: **Uzbeki**
9) Arraignment on complaint held: **X** Yes ___No Date/Time: **2/25/15**
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: **X**
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: **3/11/15 @ 11:00**; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: **Douglas Pravda**
14) DEFENSE COUNSEL'S NAME: **Lisa Hoyes**
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: **X** RET: ___
    Telephone Number: ( )
15) LOG #: **5:08 - 5:18** MAG. JUDGE: **Bloom**

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15 M 172__
2) Defendant's Name: __Saidakhmetov, Akhror__
   (Last)              (First)              (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: _X_ Yes ___No  Date/Time: __2/25/15__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: _X_
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: __3/11/15 @ 11:00__ ; or waived: _____
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Douglas Pravda__
14) DEFENSE COUNSEL'S NAME: __Adam Perlmutter__
    Address: _____
    Bar Code: _____ CJA: _X_ FDNY: ____ RET: ____
    Telephone Number: (   ) _____
15) LOG #: __5:08-5:18__  MAG. JUDGE: __Bloom__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE